# Third District Court of Appeal
## State of Florida

Opinion filed July 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1982
Lower Tribunal No. 19-302-K
_____


**Chester Greunke, et al.,**
Appellants,

vs.

**The Bank of New York Mellon, etc.,**
Appellee.


An Appeal from the Circuit Court for Monroe County, Timothy J. Koenig, Judge, and James M. Barton, II, Senior Judge.

Law Offices of Daryl L. Jones, P.A., and Faequa A. Khan, for appellants.

DeLuca Law Group, PLLC and Kimberly George (Fort Lauderdale), for appellee.


Before EMAS, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.  See § 673.3091, Fla. Stat. (2019); Wells Fargo Bank, N.A.

v. Bricourt, 290 So. 3d 501, 504 (Fla. 4th DCA 2020) (finding bank met requirements of section 673.3091 to reestablish lost note "through the witness' testimony and unrebutted documentary evidence"); Nationstar Mortg., LLC v. Kelly, 199 So. 3d 1051, 1052 (Fla. 5th DCA 2016) (noting "that evidence of a valid pre-suit assignment of the note and mortgage from the original payee or its nominee, MERS, to the foreclosure plaintiff was sufficient proof that the plaintiff held the note and mortgage and had standing to foreclose").